UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| BARRERA, HELIODORO | § | Case No. 08-09933 PSH |
| BARRERA, REYNA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/18/2010 in Courtroom 644,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/2010     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
BARRERA, HELIODORO § Case No. 08-09933 PSH
BARRERA, REYNA §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,801.67 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 2,801.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 700.42 | $ 0.00 | $ 700.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 700.42 |
| Remaining Balance | | $ | 2,101.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,897.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 2,153.23 | $ 0.00 | $ 457.14 |
| 000002 | PYOD LLC its successors | $ 2,192.02 | $ 0.00 | $ 465.38 |
| 000003 | FIA CARD SERVICES, NA/ | $ 5,552.02 | $ 0.00 | $ 1,178.73 |

Total to be paid to timely general unsecured creditors   $ 2,101.25

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster              Page 1 of 1                  Date Rcvd: Oct 20, 2010
Case: 08-09933                 Form ID: pdf006              Total Noticed: 28

The following entities were noticed by first class mail on Oct 22, 2010.
 db           +Heliodoro Barrera,    1616 S. Washtenaw,    Chicago, IL 60608-1716
 jdb          +Reyna Barrera,    1616 S. Washtenaw,    Chicago, IL 60608-1716
 aty          +Michael J Vitale,    Michael J Vitale Law Office,    6332 West 26th Street,
                Berwyn, IL 60402-2680
 aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,   Suite 625,    Chicago, IL 60654-6465
12165971       American General Finan,    3215 W 95th St,    Evergreen Park, IL 60805
12165972      +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
12165973       Bk Of Amer,    P.O. Box 7047,   Dover, DE 19903
12165990     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566)
12165974      +Empire Funding Corp,    2121 San Jacinto St Ste,    Dallas, TX 75201-2739
12165975      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12165976      +GE Capital Consumer Card,    c/o Merchants' Credit Guide Co.,    223 W. Jackson,
                Chicago, IL 60606-6908
12165979      +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
12165982      +Metro. Bank,    2201 W. Cermak Rd.,    Chicago, IL 60608-3921
12165983       Metropolitan Bank and Trust Company,    2201 Wesr Cermak Road,    Chicago, IL 60608
12165984      +Metropoltan Bank and Trust Company,     c/o Martin & Karcazes,    161 North Clark Suite 550,
                Chicago, IL 60601-3376
12165986      +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
12165987      +Target Nb,    Po Box 673,   Minneapolis, MN 55440-0673
12165988      +Thd/Cbsd,    Po Box 6003,   Hagerstown, MD 21747-6003
12165989      +Tnb - Target,    Po Box 673,   Minneapolis, MN 55440-0673
12165978     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)

The following entities were noticed by electronic transmission on Oct 20, 2010.
 tr           +E-mail/Text: csmith@fgllp.com                           Frances Gecker,   325 North LaSalle Street,
                Suite 625,   Chicago, IL 60654-6465
13485763       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2010 03:18:38
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
12165977      +E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2010 03:24:24       Gemb/Sams Club,   Po Box 981400,
                El Paso, TX 79998-1400
12165980      +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
12165981      +E-mail/Text: tjordan@mcscol.com                           Medical Collections Sy,
                725 S. Wells Ave Ste 700,   Chicago, IL 60607-4578
12165985      +Fax: 847-227-2151 Oct 21 2010 01:38:11       Mrsi,    2250 E Devon Ave Ste 352,
                Des Plaines, IL 60018-4521
13036710       E-mail/Text: resurgentbknotifications@resurgent.com
                PYOD LLC its successors and assigns as assignee of,     Washington Mutual,
                Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
12972724       E-mail/PDF: BNCEmails@blinellc.com Oct 21 2010 03:20:59       Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 22, 2010**                       **Signature:** *Joseph Speetjens*