UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
BARRERA, HELIODORO                  §    Case No. 08-09933
BARRERA, REYNA                      §
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Bank of America | | | | | |
| | First Premier Bank | | | | | |
| | GE Capital Consumer Card | | | | | |
| | GEMB/Sams Club | | | | | |
| | Illinois Collection | | | | | |
| | Illinois Collection SE | | | | | |
| | Illinois Collection SE | | | | | |
| | Illinois Collection SE | | | | | |
| | LVNV Funding | | | | | |
| | LVNV Funding | | | | | |
| | MRSI | | | | | |
| | MRSI | | | | | |
| | MRSI | | | | | |
| | MRSI | | | | | |
| | Medical Collections SY | | | | | |
| | Medical Collections SY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metro Bank | | | | | |
| | Metro Bank | | | | | |
| | Peoples Energy | | | | | |
| | Peoples Energy | | | | | |
| | Peoples Energy | | | | | |
| | Target | | | | | |
| | Target | | | | | |
| | Thd/CBSD | | | | | |
| | Thd/CBSD | | | | | |
| | Wash Mutual | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | PYOD LLC AS ASSIGNEE FOR WASHINGTON | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-09933 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | BARRERA, HELIODORO | | | Date Filed (f) or Converted (c): | 04/22/08 (f) |
| | BARRERA, REYNA | | | 341(a) Meeting Date: | 05/19/08 |
| For Period Ending: | 02/09/11 | | | Claims Bar Date: | 02/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.79 | Unknown |
| 2. 2921 W 63 rd Street Chicago IL 60629 | 690,000.00 | 100,000.00 | DA | 0.00 | FA |
|    Restaurant. | | | | | |
| 3. 2023 S Western Chicago | 600,000.00 | 465,282.26 | DA | 0.00 | FA |
|    Operated as Restaurant - Taquiera Temaxcalapa | | | | | |
| 4. Cash | 3,000.00 | 3,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. Household | 2,000.00 | 2,000.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 500.00 | 500.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. STOCK | 1,300,000.00 | 1,300,000.00 | DA | 0.00 | FA |
| 8. EQUIPMENT FOR RESTAURANT (u) | 0.00 | 2,800.00 | | 2,800.00 | FA |
|    Proceeds from sale of equipment. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,595,500.00   $1,873,582.26   $2,801.79   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL ACCOUNT WILL BE SUBMITTED TO THE UST FOR APPROVAL.

Initial Projected Date of Final Report (TFR): 10/31/09     Current Projected Date of Final Report (TFR): 09/30/10

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 08-09933 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | BARRERA, HELIODORO | | Bank Name: | BANK OF AMERICA |
| | BARRERA, REYNA | | Account Number / CD #: | *******5230 MONEY MARKET |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/08 | 8 | Chicago Title and Trust Company<br>171 North Clark<br>Chicago, IL 60601 | Purchase of Property | 1229-000 | 2,800.00 | | 2,800.00 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.21 | | 2,800.21 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 2,800.36 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,800.38 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,800.40 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,800.42 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,800.48 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.55 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.62 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.69 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.76 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.83 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.90 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,800.97 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.04 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.11 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,801.17 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,801.25 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.32 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,801.38 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 2,801.46 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.53 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.60 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.67 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,801.74 |
| 11/19/10 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 2,801.79 |

Page Subtotals   2,801.79   0.00

Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-09933 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | BARRERA, HELIODORO | Bank Name: | BANK OF AMERICA |
| | BARRERA, REYNA | Account Number / CD #: | *******5230 MONEY MARKET |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/19/10 | | Transfer to Acct #*******5090 | Final Posting Transfer | 9999-000 | | 2,801.79 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 2,801.79 | 2,801.79 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 2,801.79 | |
| | Subtotal | | 2,801.79 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 2,801.79 | 0.00 | |

Page Subtotals 0.00 2,801.79

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-09933 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | BARRERA, HELIODORO | | Bank Name: | BANK OF AMERICA |
| | BARRERA, REYNA | | Account Number / CD #: | *******5090  GENERAL CHECKING |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 02/09/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/10 | | Transfer from Acct #*******5230 | Transfer In From MMA Account | 9999-000 | 2,801.79 | | 2,801.79 |
| 11/19/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 700.42 | 2,101.37 |
| 11/19/10 | 001001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 21% | 7100-000 | | 457.17 | 1,644.20 |
| 11/19/10 | 001002 | PYOD LLC its successors<br>and assigns as assignee of<br>Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 21% | 7100-000 | | 465.41 | 1,178.79 |
| 11/19/10 | 001003 | FIA CARD SERVICES, NA/<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 21% | 7100-000 | | 1,178.79 | 0.00 |

Page Subtotals      2,801.79      2,801.79

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Page: 4

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-09933 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | BARRERA, HELIODORO | Bank Name: | BANK OF AMERICA |
| | BARRERA, REYNA | Account Number / CD #: | *******5090 GENERAL CHECKING |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 02/09/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,801.79 | 2,801.79 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,801.79 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,801.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,801.79 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5230 | 2,801.79 | 0.00 | 0.00 |
| GENERAL CHECKING - ********5090 | 0.00 | 2,801.79 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,801.79 | 2,801.79 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/ Frances Gecker___ Date: _____
FRANCES GECKER

Page Subtotals  0.00  0.00

Ver: 16.01c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*